UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**REBA M. WILLIAMS, et al.,**

**Plaintiffs,**

v.    4:11-cv-2

**BANK OF AMERICA CORPORATION,**

**Defendant.**

## ORDER

Plaintiffs sued Defendant Bank of America ("BofA") to enjoin foreclosure and recover their expenses. *See* Doc. 1-1. BofA removed this action on January 6, 2011 citing diversity jurisdiction. *See* Doc. 1. BofA asserts that the amount in controversy is satisfied because "Plaintiffs seek a permanent injunction which would void [BofA's] deed interests in the subject property securing a total principal amount of approximately $120,452.86." *See id.* at 3. Plaintiffs moved to remand on February 1, 2011. *See* Doc. 8. Plaintiffs assert that they already paid BofA $65,425.11—making the new amount in controversy $55,027.75. *See* Doc. 8 at 2.

BofA does not oppose remand. *See* Doc. 16. BofA represents that subsequent to its removal of the case "Plaintiffs have made clear that they are not pursuing damages or other relief in excess of $75,000." *See id.*

Because both parties agree that this case does not meet 28 U.S.C. § 1332(a)'s amount in controversy requirement, Plaintiff's Motion to Remand, *see* Doc. 8, is *GRANTED*.

This case is *REMANDED* to the Superior Court of Chatham County.

This 31st day of March 2011.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA